HONORABLE ROBERT LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROLE OBERLOH,<br><br>      Plaintiff,<br><br>v.<br><br>GIORGIO ARMANI, CORP, a New York corporation;<br><br>      Defendant. | No. 2:18-cv-01729<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

COMES NOW Plaintiff Carole Oberloh and Defendant Giorgio Armani Corp., by and through their undersigned counsel, and stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this case be dismissed with prejudice with each party to bear its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED this 8th day of November, 2019.

| | |
|---|---|
| JACKSON LEWIS P.C | TELLER & ASSOCIATES, PLLC |
| By: _s/Michael Griffin_<br>Michael A. Griffin, WSBA #21903<br>Sherry L. Talton, WSBA #42780<br>520 Pike Street, Suite 2300<br>Seattle, WA 98101<br>(206) 405-0404<br>Michael.Griffin@jacksonlewis.com<br>Sherry.talton@jacksonlewis.com<br><br>Attorneys for Defendant | By: _s/Stephen Teller_<br>Stephen Teller, WSBA #23372<br>1139 34th Avenue, Suite B<br>Seattle, WA 98122<br>(206) 324-8969<br>Steve@stellerlaw.com<br><br>Attorneys for Plaintiff |

[PROPOSED] STIPULATED ORDER OF
DISMISSAL WITH PREJUDICE- 1
(Case No. 2:18-cv-1729)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

1  **ORDER**

2  Based upon the foregoing stipulation of the parties, it is hereby:

3  ORDERED that the above-captioned matter be dismissed with prejudice as to all parties
4  and without an award of costs or attorney fees to any party.

5  DATED: Nov. 14, 2019

6
7  _____
   The Honorable Robert S. Lasnik
8  United States District Court Judge

[PROPOSED] STIPULATED ORDER OF
DISMISSAL WITH PREJUDICE- 2
(Case No. 2:18-cv-1729)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404